

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      In the Interest of A.C.D. and S.C.D., Children

Appellate case number:    01-19-00198-CV

Trial court case number:    2017-05093J

Trial court:             314th District Court of Harris County

Appellant, A.P.D.L., has filed a motion for substitution of counsel on appeal. Because the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at appellant's last known address, the motion is **denied**, without prejudice to refiling. *See* TEX. R. APP. P. 6.5(b), (d).

By submitting the motion, Jacklyn Varela and Kody D. Lyons have appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2. The Clerk of this Court is directed to note their appearance as retained counsel for appellant on the docket of this Court.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                         ☑ Acting individually    ☐ Acting for the Court

Date: __June 4, 2019____